**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 457 MAL 2014
:
           Respondent   :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v.         :
:
:
:
MARCOS DANIEL GONZALEZ,   :
:
           Petitioner    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 19th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.